UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-20967-MOORE/BECERRA

STEVEN NGHI TANG and
LINDA CHAU TANG,

    Plaintiffs,

vs.

NCL (BAHAMAS) LTD. d/b/a NCL,

    Defendant,
_____/

**DEFENDANT'S NOTICE OF PENDING REFILED, RELATED,
OR SIMILAR ACTIONS**

    Defendant, NCL (BAHAMAS) LTD., d/b/a Norwegian Cruise Lines ("Norwegian"), by and through undersigned counsel and pursuant to S.D. FLA. L.R. 3.8 hereby gives notice of pending similar actions:

    1.    *Alice Johnson v. NCL (BAHAMAS) LTD d/b/a Norwegian Cruise Line*, Case No.: 20-cv-20655-CMA. Lawsuit brought on behalf of a passenger onboard the *Norwegian Escape* for alleged personal injuries.

    2.    *Marcus Irvin, et al. v. NCL (BAHAMAS) LTD d/b/a Norwegian Cruise Line*, Case No.: 20-cv-20929-MGC. Consolidated lawsuit brought on behalf of seven (7) passengers onboard the *Norwegian Escape* for alleged personal injuries.

    3.    *Laverne Dorest et al. v. NCL (BAHAMAS) LTD d/b/a Norwegian Cruise Line*, Case No.: 20-cv-20901-JLK. Consolidated lawsuit brought on behalf of twenty-four (24) passengers onboard the *Norwegian Escape* for alleged personal injuries.

CASE NO.: 1:20-cv-20967-MOORE/BECERRA

4. *Dominic Miele and Patricia Hanlon v. NCL (BAHAMAS) LTD d/b/a Norwegian Cruise Line*, 20-20821-JAL. Consolidated lawsuit brought on behalf of two (2) passengers onboard the *Norwegian Escape* for alleged personal injuries.

Respectfully submitted,

MASE MEBANE & BRIGGS, P.A.
*Attorneys for Defendant*
2601 S. Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By: */s/ Thomas A. Briggs*
THOMAS BRIGGS
Florida Bar No.: 663034
tbriggs@maselaw.com
rcoakley@maselaw.com
filing@maselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Thomas A. Briggs*
THOMAS A. BRIGGS

CASE NO.:  1:20-cv-20967-MOORE/BECERRA

## SERVICE LIST

Glenn J. Holzberg, Esq.
Law Offices of Glenn J. Holzberg
7685 S.W. 104th Street, Suite 220
Miami, Florida  33156-3151
Tel: (305) 668-6410
Fax: (305) 667-6161
glenn@holzberglegal.com
*Attorneys for Plaintiffs*